RECEIVED
IN LAKE CHARLES, LA

JUL - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LINDA K. VEZINA, Individually and as Natural Tutrix of her minor child, KAYLA L. VEZINA | : | DOCKET NO. 2:06 CV 0536 |
| VS. | : | JUDGE MINALDI |
| JAMES T. AUSTIN, JR., M.D. and BAYOU COMPREHENSIVE HEALTH FOUNDATION, D/B/A SOUTHWEST LOUISIANA CENTER FOR HEALTH SERVICES | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

The court, having considered the Motion to Dismiss filed by the United States of America and the response filed by the plaintiffs,

IT IS ORDERED, ADJUDGED and DECREED that the demands of the plaintiffs ARE DISMISSED WITHOUT PREJUDICE.

Lake Charles, Louisiana, this 30 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE